IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAUL ALLEN STAPLETON,

                                         ORDER

                                  14-cv-236-bbc[1]

                Plaintiff,

        v.

ADAMS COUNTY JAIL,
DOCTOR JOHN/JANE DOE,
NURSE JOHN/JANE DOE,
SHERIFF JOHN/JANE DOE,
CAPTAIN JOHN/JANE DOE,
ALL OFFICERS JOHN/JANE DOES,
JUDGE POLLIX and D.A. TONYA BONNIT,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In this proposed civil action, plaintiff Paul Allen Stapleton alleges various acts of wrongdoing against defendants pertaining to his detention at the Adams County jail, located in Friendship, Wisconsin, and requests leave to proceed in forma pauperis.  On April 2, 2014, this court entered an order directing plaintiff to submit an inmate account statement to determine whether he qualifies for indigent status pursuant to the Prisoner Litigation

---

[1] I am assuming jurisdiction over this case for the purpose of issuing this order.

Reform Act.  Now, the April 2 order has been returned to the court as undelivered and is ink-stamped, "Return to sender, no longer here."

The court can send notices only to addresses on file.  Plaintiff's failure to provide the court with an accurate, current address suggests that he has abandoned his complaint. Accordingly, the case will be dismissed without prejudice for plaintiff's failure to prosecute it.


ORDER

IT IS ORDERED that this case is DISMISSED without prejudice for plaintiff Paul Allen Stapleton's failure to prosecute it.

Entered this 15th day of April, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge