IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL ALLEN STAPLETON,

    Plaintiff,                         JUDGMENT IN A CIVIL CASE

v.                                      Case No. 14-cv-236-bbc

ADAMS COUNTY JAIL,
DOCTOR JOHN/JANE DOE,
NURSE JOHN/JANE DOE,
SHERIFF JOHN/JANE DOE,
CAPTAIN JOHN/JANE DOE,
ALL OFFICERS JOHN/JANE DOES,
JUDGE POLLIX and D.A. TONYA
BONNIT,

    Defendants.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff's failure to prosecute it.

/s/                                                 4/15/2014

Peter Oppeneer, Clerk of Court             Date